No. 88–7401. PERVEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–7410. ROJAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7424. PRICE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7458. DARWALL, AKA FARMER v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.